JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND, | Case No. CV 10-9010 FMO (OP) |
| Plaintiff, | JUDGMENT |
| v. | |
| D. S. LEWIS, et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the above captioned action is dismissed with prejudice as to defendant D.S. Lewis and without prejudice as to defendant J. Curiel.

Dated this 12th day of August, 2013.

/s/
Fernando M. Olguin
United States District Judge